IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHELLE SMITH | § | |
| | § | CIVIL ACTION NO. 14-00315 |
| VS. | § | |
| | § | |
| WAL-MART STORES, INC. | § | DEFENDANT DEMANDS A JURY |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties request as stated in STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II), the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED March 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

KLITSAS & VERCHER, PC

_____
Loren G. Klitsas
SBN: 00786025
550 Westcott, Suite 570
Houston, Texas 77007
(713) 862-1365
(713) 862-1465 fax

ATTORNEY FOR PLAINTIFF,
MICHELLE S MIITH


BUSH & RAMIREZ, P.L.L.C.

_____
John A. Ramirez
State Bar No. 00798450
5615 Kirby Drive, Suite 900
Houston, Texas 77005
(713) 626-1555 phone
(713) 622-8054 fax

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, L.L.C